```
1  JUSTIN X. WANG (CSB #166183)
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5  XIAOLEI CHEN
   ZHEN TAO
6
```

**ORIGINAL FILED**

JUN - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHA

| | |
|---|---|
| XIAOLEI CHEN<br>ZHEN TAO<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;<br>*Robin Barrett*, Field Office Director, San Francisco District Office, U.S. Citizenship and Immigration Services;<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation<br><br>　　　　　Defendants. | Case No.:<br><br>C 07-2901<br><br>**PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER 8 U.S.C. § 1447(B)** |

　　　　COME NOW Xiaolei CHEN and Zhen TAO, Plaintiffs in the above-styled and numbered cause, and for cause of action would show to the Court the following:

1.　　　This action is brought for a hearing to decide Plaintiffs' naturalization applications due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

**PARTIES**

2.　　　Plaintiffs Xiaolei CHEN (A75 657 778) and Zhen TAO (A75 643 517), wife and husband and citizens of the People's Republic of China, are lawful permanent residents of the United States. On January 27, 2006, Plaintiff Xiaolei CHEN was interviewed for her naturalization

---

Case No.:
PETITION FOR HEARING ON NATURALIZATION APPLICATION         F:\LING\1447b\CHEN Xiaolei & TAO Zhen\Complaint.wpd

1  application (**Exhibit 1**) and on December 15, 2005, Plaintiff Zhen TAO was interviewed for his
2  naturalization application (**Exhibit 2**). Defendants have failed to make a decision on the
3  application within 120 days after the examination.
4  3.   Defendant Michael Chertoff is the Secretary of the Department of Homeland Security
5  (DHS), and this action is brought against him in his official capacity. He is generally charged with
6  enforcement of the Immigration and Nationality Act, and is further authorized to delegate such
7  powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.
8  4.   Defendant Emilio T. Gonzalez, is the Director of the United States Citizenship and
9  Immigration Service (USCIS), an agency within the DHS to whom the Secretary's authority has in
10 part been delegated and is subject to the Secretary's supervision. Defendant Director is generally
11 charged with the overall administration of benefits and immigration services. 8 C.F.R. § 100.2(a)
12 5.   Defendant Robin Berrett, Field Office Director of San Francisco District Office, is an
13 official of the USCIS generally charged with supervisory authority over all operations of the
14 USCIS within her District with certain specific exceptions not relevant here. 8 C.F.R.
15 §100.2(d)(2)(ii). As will be shown, Defendant Officer is the official with whom Plaintiffs'
16 naturalization applications remain pending.
17 6.   Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),
18 the law enforcement agency that conducts security clearances for other U.S. government agencies,
19 such as the Department of State. As will be shown, Defendant has failed to complete the security
20 clearances on Plaintiff's cases.

**JURISDICTION**

22 7.   Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b). Relief is
23 requested pursuant to said statutes.

**VENUE**

25 8.   Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiffs may request
26 a hearing on the matter in the District where Plaintiffs reside.

**CAUSE OF ACTION**

28 9.   Plaintiffs are lawful permanent residents of the United States. On January 27, 2006,

Plaintiff Xiaolei CHEN was interviewed for her naturalization application (**Exhibit 1**) and on December 15, 2005, Plaintiff Zhen TAO was interviewed for his naturalization application (**Exhibit 2**).

10.   Upon inquiries with the FBI, Plaintiffs were informed that their Applications for Naturalization are pending for the background checks (**Exhibit 3**).

11.   Plaintiff Xiaolei CHEN's application for naturalization has now remained un-adjudicated for 16 months from the date of interview, and Plaintiff Zhen TAO's application for naturalization has now remained pending for 17 months from the date of interview.

12.   Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements.

13.   Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

**PRAYER**

14.   WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order adjudicating their naturalization applications. In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiffs' naturalization applications. In addition, Plaintiffs request an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

Dated: May 31, 2007                                          Respectfully submitted,

                                                             Justin X. Wang, Esq.
                                                             Attorney for Plaintiff

## LIST OF ATTACHMENTS

| Exhibit | Description |
| --- | --- |
| 1 | N400 Application Receipt and Interview Notice for Xiaolei CHEN |
| 2 | N400 Application Receipt and Interview Notice for Zhen TAO |
| 3 | Evidence of Inquiries Made by Plaintiffs re: N400 Applications |

Case 3:07-cv-02901-WHA    Document 1    Filed 06/04/2007    Page 5 of 19

Ex. 1

U.S. Citizenship and Immigration Service                                I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>September 13, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 075 657 778 |
| APPLICATION NUMBER<br>WSC*001372989 | RECEIVED DATE<br>August 30, 2005 | PRIORITY DATE<br>August 30, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
XIAOLEI CHEN
c/o XIAOLEI CHEN
5851 CARMEL WAY
UNION CITY CA 94587

PAYMENT INFORMATION:

Single Application Fee:     $390.00
Total Amount Received:      $390.00
Total Balance Due:            $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           October 26, 1973
Address Where You Live:  5851 CARMEL WAY
                         UNION CITY CA 94587

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



WSC$001471911    WSCG000062596

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#:

A075657778
A075657778

On _JAN 27_____, you were interviewed by USCIS officer _Elite_

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

PENDING FOR
SECURITY CHECKS

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

Ex.2

U.S. Citizenship and Immigration Services                                      I-797C, Notice of Action

| | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | September 13, 2005 |
| CASE TYPE | | | INS A# |
| N400    Application For Naturalization | | | A 075 643 517 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| WSC*001372990 | August 30, 2005 | August 30, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ZHEN TAO
c/o ZHEN TAO
5851 CARMEL WAY
UNION CITY CA 94587

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:    $390.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            July 05, 1972
Address Where You Live:   5851 CARMEL WAY
                          UNION CITY CA 94587

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001471912    WSCG000062596



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _7F  643 . 517_

On _DEC 15_, you were interviewed by USCIS officer **MAGTANGGOL ACOL RONQUILLO**

[✓] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the intructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.    _SECURITY   CHECK_

It is very important that you:

[✓] Notify USCIS if you change your address

[✓] Come to any scheduled interview.

[✓] Submit all requested documents.

[✓] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

[✓] Go to any Oath Ceremony that you are scheduled to attend.

[✓] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

Ex. 3



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 23, 2006

MR. XIAOLEI CHEN
5851 CARMEL WAY
UNION CITY, CA 94587

Request No.: 1056389- 000
Subject: CHEN, XIAOLEI

Dear Requester:

- ☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

- ☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

- ☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

- ☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

- ☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

- ☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR. XIAOLEI CHEN
5851 CARMEL WAY
UNION CITY, CA 94587

August 29, 2006

Request No.: 1056389- 000
Subject: CHEN, XIAOLEI

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

December 12, 2006

Xiaolei Chen
5851 Carmel Way
Union City, CA 94587

Dear Ms. Chen:               Ref: A75 657 778

Thank you for contacting me for assistance.

I have given the information you provided to the appropriate authority. They are aware of my interest in the case, and I'll let you know as soon as I receive a reply. If I have not received a response after thirty (30) days, I will make a follow-up inquiry on your behalf.

Sincerely,

*Pete Stark*

Pete Stark
Member of Congress

FHS/js

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

April 17, 2007

Xiaolei Chen
5851 Carmel Way
Union City, CA 94587

Dear Ms. Chen:                    Ref: A75 657 778

In reply to my inquiry on your behalf, the Federal Bureau of Investigation has informed me that your case is pending resolution of the background check. A final decision cannot be made on any application until all national security checks are complete. Various authorities in Washington DC are involved and there is no estimated processing time for completion of this action.

I understand that this may be discouraging, but processing cannot resume until all security clearances have been resolved. If you have not received correspondence from the FBI by September please contact my district office and I will make a follow-up inquiry.

Sincerely,

Pete Stark
Member of Congress

FHS/iai

U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

August 21, 2006

MR. ZHEN TAO
5851 CARMEL WAY
UNION CITY, CA 94587

Request No.: 1056234-000
Subject: TAO, ZHEN

Dear Mr. Tao:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

September 7, 2006

MR. ZHEN TAO
5851 CARMEL WAY
UNION CITY, CA 94587

Request No.: 1056234-000
Subject: TAO, ZHEN

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

December 12, 2006

Zhen Tao
58551 Carmel Way
Union City, CA 94587

Dear Mr. Tao:                    Ref: A75 643 517

Thank you for contacting me for assistance.

I have given the information you provided to the appropriate authority. They are aware of my interest in the case, and I'll let you know as soon as I receive a reply. If I have not received a reply after thirty (30) days, I will make a follow-up inquiry on your behalf.

Sincerely,

*Pete Stark*

Pete Stark
Member of Congress

FHS/js

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

January 3, 2007

Zhen Tao
58551 Carmel Way
Union City, CA 94587

Dear Mr. Tao:                    Ref: A75 643 517

In reply to my inquiry on your behalf, the US Citizenship and Immigration Services has informed me that your case is pending resolution of the background check. A final decision cannot be made on any application until all national security checks are complete. Various authorities in Washington, D.C. are involved and there is no estimated processing time for completion of this action.

I understand that this may be discouraging, but processing cannot resume until all security clearances have been resolved. If you have not received correspondence from USCIS by May 2007, please contact my district office and I will make a follow-up inquiry.

I hope the information is helpful.

Sincerely,

Pete Stark

Pete Stark
Member of Congress

FHS/jl