1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 XIAOLEI CHEN,                        )
   ZHEN TAO,                            )  No. C 07-2901 WHA
13                                      )
                   Plaintiffs,          )
14                                      )
           v.                           )  **STIPULATION TO DISMISS AND**
15                                      )  **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the   )
16 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director, U.S. Citizenship and )
17 Immigration Services; ROBIN BARRETT, )
   Field Office Director, San Francisco District )
18 Office, U.S. Citizenship and Immigration )
   Services; ROBERT S. MUELLER, Director of )
19 Federal Bureau of Investigation,     )
                                        )
20                 Defendants.          )
                                        )
21

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice because the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiffs' applications for naturalization and agrees to do

26 so within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulated Dismissal
C07-2901 WHA

| | | |
|---|---|---|
| 1 | Dated: July 24, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

                                                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: July 24, 2007                     /s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
WILLIAM ALSUP
United States District Judge

Stipulated Dismissal
C07-2901 WHA            2