1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  XIAOLEI CHEN,                    )
    ZHEN TAO,                        )  No. C 07-2901 WHA
13                                   )
                Plaintiffs,          )
14                                   )
          v.                         )  **STIPULATION TO DISMISS AND**
15                                   )  **[PROPOSED] ORDER**
    MICHAEL CHERTOFF, Secretary of the )
16  Department of Homeland Security; EMILIO )
    T. GONZALEZ, Director, U.S. Citizenship and )
17  Immigration Services; ROBIN BARRETT, )
    Field Office Director, San Francisco District )
18  Office, U.S. Citizenship and Immigration )
    Services; ROBERT S. MUELLER, Director of )
19  Federal Bureau of Investigation,  )
                                     )
20              Defendants.          )
                                     )
21  _____)

22       Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24  above-entitled action without prejudice because the United States Citizenship and Immigration

25  Services is now prepared to adjudicate Plaintiffs' applications for naturalization and agrees to do

26  so within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28  ///

    Stipulated Dismissal
    C07-2901 WHA

| | | |
|---|---|---|
| 1 | Dated: July 24, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: July 24, 2007 | _____/s/_____<br>JUSTIN X. WANG |
| 9 | | Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 30, 2007

_____
WILLIAM ALSUP
United States District Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

Stipulated Dismissal
C07-2901 WHA                2